MARTHA L. CHAMBERLAIN, Appellant, *v.* TOWN OF BRIGHTON et al., Respondents.

Argued March 17, 1948; decided April 22, 1948.

*Stephen V. Lines* and *Samuel B. Dicker* for appellant.

*James C. O'Brien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.